■ HOME INSURANCE COMPANY, Appellant, v NORTH AMERICAN COMPANY FOR PROPERTY AND CASUALTY INSURANCE, Respondent.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on April 1, 1985, unanimously affirmed for the reasons stated by David Edwards, Jr., J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Ellerin, JJ.